IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

ALEJANDRO MARTINEZ,                                          CV. 09-125-KI

        Petitioner,                                                  ORDER

  v.

MARK NOOTH,

        Respondent.

KING, Judge

    Petitioner's motion to voluntarily dismiss (#26) is GRANTED. This proceeding is DISMISSED, with prejudice. Because petitioner has not made a substantial showing of the denial of a constitutional right, a certificate of appealability is DENIED. See 28 U.S.C. § 2253(c)(2).

    IT IS SO ORDERED.

    DATED this ___19th___ day of March, 2010.

                                              /s/ Garr M. King
                                              Garr M. King
                                              United States District Judge

1 -- ORDER